| United States Bankruptcy Court | Eastern District of Massachusetts | Voluntary Petition |
| --- | --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle): <br> O'ROURKE, MARTIN F. | Name of Joint Debtor (Spouse) (Last, First, Middle): <br> O'ROURKE, BEVERLY D. |
| --- | --- |
| All Other Names used by the debtor in the last 8 years (include married, maiden and trade names): <br> O'ROURKE FUEL, INC. | All Other Names used by the joint debtor in the last 8 years (include married, maiden and trade names): <br> AUG 25'08 PM 3:07 USBC |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 4426 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City and State): <br> 17 GRANT STREET <br> WOBURN, MA    ZIP CODE 01801 | Street Address of Joint Debtor (No. & Street, City and State): <br> 17 GRANT STREET <br> WOBURN, MA    ZIP CODE 01801 |
| County of Residence or of the Principal Place of Business: <br> MIDDLESEX | County of Residence or of the Principal Place of Business: <br> MIDDLESEX |
| Mailing Address of Debtor (if different from street address): <br>    ZIP CODE | Mailing Address of Joint Debtor (if different from street address): <br>    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): <br> 30 WINN STREET, BURLINGTON, MA 01803 |    ZIP CODE |

| Type of Debtor (Form of Organization) (Check one box) | Nature of Business (Check all applicable boxes) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
| --- | --- | --- |
| [X] Individual (includes Joint Debtors) <br> *See Exhibit D on page 2 of this form.* <br> [ ] Corporation (includes LLC and LLP) <br> [ ] Partnership <br> [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.) | [ ] Health Care Business <br> [ ] Single Asset Real Estate as defined in 11 U.S.C. §101(51B) <br> [ ] Railroad <br> [ ] Stockbroker <br> [ ] Commodity Broker <br> [ ] Clearing Bank <br> [X] Other | [ ] Chapter 7   [ ] Chapter 11   [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding <br> [ ] Chapter 9   [ ] Chapter 12 <br> [X] Chapter 13   [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|  | **Tax-Exempt Entity** (Check box, if applicable) <br> [ ] Debtor is a tax-exempt organizaiton under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts (Check one box)** <br> [X] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household prupose." <br> [X] Debts are primarily business debts. |

**Filing Fee (Check one box)**

[X] Full Filing Fee attached

[ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

[ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:

[ ] Debtor is a small business debtor as defined in 11 U.S.C. §101(51D).

[ ] Debtor is not a small business debtor as defined in 11 U.S.C. §101(51D).

Check if:

[ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.

Check all applicable boxes:

[ ] A plan is being filed with this petition.

[ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. §1126(b).

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
| --- | --- |

[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.

[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1–49 | 50–99 | 100–199 | 200–999 | 1,000–5,000 | 5,001–10,000 | 10,001–25,000 | 25,001–50,000 | 50,001–100,000 | OVER 100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Liabilities | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

Official Form 1 (10/06)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):  MARTIN F. O'ROURKE<br>BEVERLY D. O'ROURKE |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **NONE** | Case Number:<br>AUG25'08 PM 3:07 USB | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.<br><br>X _____      8/25/08<br>Signature of Attorney for Debtor(s)          Date |

| **Exhibit C** | **Exhibit D** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>☒ No | (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor (Check the Applicable Boxes)** |
|---|
| (Check any applicable box) |
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Statement by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| Name of landlord that obtained judgment: |
| Address of landlord: |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |

 Official Form 1 (10/05)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | MARTIN F. O'ROURKE<br>BEVERLY D. O'ROURKE |

### Signatures

**Signature(s) of Debtor (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Martin F O'Rourke_
Signature of Debtor

X _Beverley D O'Rourke_
Signature of Debtor

_____   8 25 08
Telephone Number (if not represented by attorney)   Date

**Signature of Attorney**

X _David T Fulmer_                8/25/08
Signature of Attorney for Debtor(s)

DAVID T. FULMER
Printed Name of Attorney for Debtor(s)

DAVID T. FULMER, ESQ.
Firm Name

576 MAIN STREET
Address

WINCHESTER, MA 01890

(781) 721-2111            8/25/08
Telephone Number            Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Martin F O'Rourke_
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

8 25 08
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security Number of the officer, principal, responsible person or partner of the bankruptcy petition preparer) (Required by 11 U.S.C. §110.)

_____
Address

_____

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security Number is provided above.

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Blumberg Law Products**
Form B6SUM (10-05)

**UNITED STATES BANKRUPTCY COURT** EASTERN **DISTRICT OF** MASSACHUSETTS

In re:  MARTIN F. O'ROURKE and  
BEVERLY D. O'ROURKE

Debtor(s) Case No.  08-  
Chapter  13

AUG 25 '08 PM 3:07 USB

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F,I and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | Y | 1 | $387,500.00 | | |
| B - Personal Property | Y | 2 | $33,700.00 | | |
| C - Property Claimed as Exempt | Y | 1 | | | |
| D - Creditors Holding Secured Claims | Y | 1 | | $553,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | Y | 1 | | $63,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Y | 3 | | $97,534.34 | |
| G - Executory Contracts and Unexpired Leases | Y | 1 | | | |
| H - Codebtors | Y | 1 | | | |
| I - Current Income of Individual Debtor(s) | Y | 1 | | | $4,750.00 |
| J - Current Expenditures of Individual Debtor(s) | Y | 1 | | | $4,750.00 |
| Total Number of Sheets of All Schedules | | 13 | | | |
| Total Assets | | | $421,200.00 | | |
| Total Liabilities | | | | $713,534.34 | |

Form B6S2 (10-06)

# UNITED STATES BANKRUPTCY COURT   EASTERN   DISTRICT OF   MASSACHUSETTS

In re:   **MARTIN F. O'ROURKE and**
**BEVERLY D. O'ROURKE**

Debtor(s)  Case No.   08–

Chapter   13

AUG 25 '08 PM 3:07 USB

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. §159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in §101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. §159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $  –0– |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $63,000.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | –0– |
| Student Loan Obligations (from Schedule F) | –0– |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | –0– |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | –0– |
| TOTAL | $   63,000.00 |

State the following:

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $   4,750.00 |
| Average Expenses (from Schedule J, Line 18) | $4,750.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $4,750.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 133,000.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 63,000.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | –0– |
| 4. Total from Schedule F | | $97,534.34 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $  230,534.34 |

Form B6S2 (10-05)

AUG25'08 PM 3:07 USB

**United States Bankruptcy Court**                    EASTERN    **District Of** MASSACHUSETTS

In re:  MARTIN F. O'ROURKE and          Debtor(s)    Case No. 08-
        BEVERLY D. O'ROURKE                          Chapter 13

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. §159)
## [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ -0- |
| Taxes and Certain Other Debts Owed to Government Units (from Schedule E)<br>**Estimated Federal Liability** | $ 63,000.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ -0- |
| Student Loan Obligations (from Schedule F) | $ -0- |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ -0- |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ -0- |
| TOTAL | $ 63,000.00 |

**The foregoing information is for statistical purposes only under 28 U.S.C §159.**

Form B6A (10/05)

In re:  MARTIN F. O'ROURKE and
BEVERLY D. O'ROURKE

Debtor(s) Case No. 08-                    (if known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM(S) |
|---|---|---|---|---|
| 17 GRANT STREET WOBURN, MA 01801 | FEE SIMPLE | J | 375-400,000 | 550.000.00 |
| | | Total -> | 387,500.00 | (Report also on Summary of Schedules) |

Form B6B (10/05)

In re:  **MARTIN F. O'ROURKE and**    Debtor(s)    Case No. 08-    (if known)
**BEVERLY D. O'ROURKE**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Northern Bank & Trust Co. Lexington Street, Woburn, MA Acc't. #1390005211 | | $200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | | Furniture & personal property @ home - Grant St., Woburn | | $5,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Miscellaneous clothing @ home Grant St., Woburn | | $2,000.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. §530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. §529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. §521(c); Rule 1007(b). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | Citizen's Bank-Four Corners/Woburn IRA in name of Martin F. O'Rourke | | $2,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    $9,700.00

–1–  Continuation sheets attached

In re: **MARTIN F. O'ROURKE and
BEVERLY D. O'ROURKE**                    Debtor(s)    Case No. 08-          (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A—Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1998 TAHOE (CHEVY) 1997 (FORD) F150 | | $2,500.00 $1,500.00 |
| 26. Boats, motors, and accessories. | X | 1988 F350 ONE TON 2000 INTERNATIONAL | | $500.00 $17,500.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | @30 WINN STREET, BURLINGTON, MA | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops—growing or harvested. Give particulars. | X | | | |
| 32. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    $24,000.00

—0—    Continuation sheets attached

Form B6C (10/05)

In re: **MARTIN F. O'ROURKE and**
**BEVERLY D. O'ROURKE**

Debtor(s)   Case No.   08-          (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one box).

☐ 11 U.S.C. §522(b)(2)

☐ 11 U.S.C. §522(b)(3)

☒ Check if debtor claims a homestead exemption that exceeds $125,000.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1) Northern Bank & Trust Lexington St.,Woburn,MA Schedule B#2 | 11U.S.C.§522(b) | $200.00 | $200.00 |
| 2) Miscellaneous Household Furnishings | 11U.S.C.§522(b) | $5,500.00 est. | $5,500.00 |
| 3) Miscellaneous Clothing | 11U.S.C.§522(b) | $2,000.00 | $2,000.00 |
| 4) Citizen's Bank IRA | 11U.S.C.§522(b) | $2,000.00 | $2,000.00 |
| 5) Schedule B #25<br>a) 1998 Chevy Tahoe<br>b) 1997 Ford F-150<br>c) 2000 International Pump Truck | 11U.S.C.§522(b)<br>"<br>" | $2,500.00<br>$1,500.00<br>$17,500.00 | $2,500.00<br>$1,500.00<br>$17,500.00± |
| 6) Misc. Office Furnishings | 11U.S.C.§522(b) | $2,000.00 est. | $2,000.00 |

Form B6D (10/05)

In re:  MARTIN F. O'ROURKE and    Debtor(s)   Case No. 08-    (if known)
        BEVERLY D. O'ROURKE

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C #  38516-003476-001 | | | VALUE $ 390-400,000 | | NONE | |
| Nationstar Mortgage P.O. Box 199400 Dallas, TX | | | 1st Mtge. on 17 Grant Street, Woburn, MA Currently in foreclosure: Land Court Massachusetts #08 MISC 372129 | | | |
| A/C # | | | VALUE $ 158,000 | | ALL | |
| Leonard J. Leone d/b/a Leone Funding Company c/o Todisco, Esq. 103 Salem St., Malden, MA 02148 | | | 2nd Mtge. on personal residence with additional security on business equipment and accounts. | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |

–0–  Continuation Sheets attached.

Subtotal ->  $553,000.00
(Total of this page)

Total ->  $553,000.00
(use only on last page of the completed Schedule D.)

(Report total also on Summary of Schedules)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

Form B6E (10/05)

In re: **MARTIN F. and BEVERLY D. O'ROURKE**    Debtor(s) Case No. **08-**    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. §507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C §507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees (and commissions owing to qualifying independent sales representatives) up to $10,000* per person, earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §507(a)(4)

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. §507(a)(7)

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. §507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. §507(a)(9)

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. §507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C U D * | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| A/C# | | | | | | |
| Dept. of Treasury, I.R.S. One Montvale Avenue Stoneham, MA 02180 | | | 2005, 2006 and 2007 and 2008 | | $63,000 '05'06 | All |
| A/C# | | | | | | |
| | | | | | | |
| A/C# | | | | | | |
| | | | | | | |
| A/C# | | | | | | |
| | | | | | | |
| A/C# | | | | | | |

| | | |
|---|---|---|
| Subtotal -> (Total of this page) | $ | 63,000.00 |
| Total -> (use only on last page of the completed Schedule E) | $ | 63,000.00 |

__ -0- __ Continuation sheets attached.

(Report total also on Summary of Schedules)

* If contingent, enter C; if unliquidated, enter U; if disputed , enter D.

Form B6F (10/06)

In re: **MARTIN F. & BEVERLY D. O'ROURKE**　　　Debtor(s) Case No. **08-**　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐　Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # N3-518833<br><br>American Messaging<br>P.O. Box 5749<br>Carol Stream, IL 60197 | | | 3/08 fwd.<br>Business Account | | $39.78 |
| A/C # 28474<br><br>Apple Wiper and Supply<br>P.O. Box 836<br>Windham, NH 03087 | | | 3/08 fwd.<br>Business Account | | $130.00 |
| A/C #<br><br>Arlex Oil Corp.<br>Mass. Avenue<br>Lexington, MA 02420 | | | 9/7/07 | | $88,000.00 |
| A/C # 5178057325058035<br><br>Capitol One<br>P.O. Box 70884<br>Charlotte, NC 28272-0884 | | | 3/08 fwd. | | $238.42 |
| A/C # 193 MAR 08<br><br>D. Crescio Trucking, Inc.<br>P.O. Box 512<br>Billerica, MA 01821 | | | 5/08 | | $60.00 |
| A/C #<br><br>Jomar Distributors, Inc.<br>360 Pleasant Street<br>Watertown, MA 02472 | | | 5/08 fwd.<br>Business Account | | $2,743.93 |
| A/C #<br><br>Mass. Control Center, Inc.<br>77 Dudley Street<br>Arlington, MA 02476 | | | 1/08 fwd. | | $2,949.61 |

Subtotal -> $

**-2-** continuation sheets attached.

Total -> $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (10/06)

In re: **MARTIN F. & BEVERLY D. O'ROURKE**   Debtor(s) Case No. **08-**   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # <br><br>Metro Medical Answering Service <br>167 Bedford Street <br>Burlington, MA 01803 | | | 1/08 fwd. | | $279.90 |
| A/C # 27406649 <br><br>NAPA <br>P.O. Box 414988 <br>Boston, MA 02241 | | | 1/08 fwd. | | $375.00 |
| A/C # 2095-836-1006 <br><br>N-STAR <br>P.O. Box 4508 <br>Woburn, MA 01801 | | | 1/08 fwd. | | $227.86 |
| A/C # 652-048-612 <br><br>Shell Fleet <br>P.O. Box 183019 <br>Columbus, OH 43218-3019 | | | 3/08 <br>Business Account - Fuel | | $1,481.66 |
| A/C # 55509 <br><br>Taylor & Lloyd, Inc. <br>8 Railroad Avenue <br>Bedford, MA 01730-2113 | | | 3/08 <br>Business Account | | $228.56 |
| A/C # 007 1016002 <br><br>Truck & Auto Repair, Inc. <br>55 Pond Street <br>Waltham, MA 02451 | | | 1/08 fwd. | | $67.83 |
| A/C # 781-272-2735-469-001-3 <br><br>Verizon <br>P.O. Box 1 <br>Worcester, MA 01654-0001 | | | 3/08 fwd. <br>Business Phone | | $438.63 |

Subtotal -> $

Total -> $

_____ -1-
_____ continuation sheets attached.

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**Blumbergs Law Products**

Form B6F (10/05)

In re:  **MARTIN F. & BEVERLY D. O'ROURKE**          Debtor(s) Case No.  **08-**          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|
| A/C # <br><br> World Auto Supply, Inc. <br> 200 Great Road <br> Bedford, MA 01730 | | | | | $295.16 |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| | | | Subtotal -> | $ | |
| | | | Total -> <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules) | $ | 97,534.34 |

_—0—_ continuation sheets attached.

Form B6G (10/05)

In re: MARTIN F. O'ROURKE and
BEVERLY D. O'ROURKE

Debtor(s) Case No. 08- (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

X Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

Form B6H (10/05)

In re: **MARTIN F. O'ROURKE and
BEVERLY D. O'ROURKE**

Debtor(s)   Case No. **08–**          (if known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| O'Rourke Fuel, Inc.<br>30 Winn Street<br>Burlington, MA 01803 | Alex Oil Corporation<br>Mass. Avenue<br>Lexington, MA 02420<br><br>Leone Funding Co. and<br>All Creditors listed on<br>schedule F |

3072-H   Schedule H, codebtors, OF B6H (10-05)    www.blumberg.com    ©**Blumberg**Excelsior, Inc., PUBLISHER, NYC 10013

Form B6I (10/05)

In re: **MARTIN F. O'ROURKE** and
**BEVERLY D. O'ROURKE**    Debtor(s) Case No. 08–    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | RELATIONSHIP | | AGE |
| Married | None | | |

| Employment | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Fuel Delivery | Bus Driver |
| Name of Employer | O'Rourke Fuel Co. | Atlantic Transportation Woburn, MA |
| How long employed | 20+ years | 6 years |
| Address of Employer | 30 Winn Street Burlington, MA 01803 | Woburn, MA |

INCOME: (Estimate of average monthly income)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $3,750.00 | $1,000.00 |
| 2. | Estimate monthly overtime | -0- | -0- |
| 3. | SUBTOTAL | $3,750.00 | $1,000.00 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | | |
| | b. Insurance | -0- | -0- |
| | c. Union dues | | |
| | d. Other (Specify) | | |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | | |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $ 3,750.00 | $1,000.00 |
| 7. | Regular income from operation of business or profession or farm (attach detailed statement) | | |
| 8. | Income from real property | -0- | |
| 9. | Interest and dividends | -0- | |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | -0- | |
| 11. | Social security or other government assistance (Specify) | -0- | |
| 12. | Pension or retirement income | -0- | |
| 13. | Other monthly income (Specify) | -0- | |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | | |
| 15. | TOTAL MONTHLY INCOME | | |
| 16. | TOTAL COMBINED MONTHLY INCOME $ 4,750.00 | $ 3,750.00 | $1,000.00 |

(Report also on Summary of Schedules)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**Debtor's Business is shutting down due to inability to operate business.**

Blumberg's
Law Products

Form B6J (10/05)

In re: **MARTIN F. & BEVERLY D. O'ROURKE**    Debtor(s) Case No. 08-    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

1. Rent or home mortgage payment (include lot rented for mobile home) 1st & 2nd    $ 3,350.00
   Mortgages (530,000)

    a. Are real estate taxes included? ☐ Yes ☒ No    b. Is property insurance included? ☐ Yes ☒ No

2. Utilities  Electricity and Heating Fuel _____ 200.00
       b. Water and Sewer _____ 100.00
       c. Telephone _____ 50.00
       d. Other

3. Home maintenance (repairs and upkeep) _____ 100.00
4. Food _____ 400.00
5. Clothing _____ 100.00
6. Laundry and dry cleaning _____ 0
7. Medical and dental expenses _____ 50.00
8. Transportation (not including car payments) _____ 200.00
9. Recreation, clubs and entertainment, newspapers, magazines, etc. _____ 0
10. Charitable contributions _____ 0
11. Insurance (not deducted from wages or included in home mortgage payments)
       a. Homeowner's or renter's _____ 100.00
       b. Life _____ 0
       c. Health _____ 0
       d. Auto _____ 200.00
       e. Other

12. Taxes (not deducted from wages or included in home mortgage payments)
       (Specify)

13. Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan)
       a. Auto _____ 0
       b. Other

14. Alimony, maintenance, and support paid to others _____ 0
15. Payments for support of additional dependents not living at your home _____ 0
16. Regular expenses from operation of business, profession, or farm (attach detailed statement) inactive status
17. Other

18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)    $ 4,750.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
       a. Total projected monthly income _____ $ 4,750.00
       b. Total projected monthly expenses _____ $ 4,750.00
       c. Excess income (a minus b) _____ -0-

Blumberg's Law Products    Form B6 Cont. (10/05)

AUG 25'08 PM 3:08 USB

In re: **MARTIN F. O'ROURKE and**
**BEVERLY D. O'ROURKE**                          Debtor(s)    Case No. 08—    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.    (Total shown on summary page plus 1.)

Date  8-25-08                    Signature  *Martin F O'Rourke*
                                                                          Debtor

Date  8 25-08                    Signature  *Beverly D O'Rourke*
                                                              (Joint Debtor, if any)

(if joint case, both spouses must sign.)

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See U.S.C. §110.)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.


Print or Type Name and Title, if any, of Bankruptcy Petition Preparer

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address:


X _____
   Signature of Bankruptcy Petition Preparer

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.**

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.    (Total shown on summary page plus 1.)


Date _____                    Signature _____

                                             (Print or type name of individual signing on behalf of debtor.)


(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§152 and 3571.

Form 7 Stmt of Financial
Affairs (16065)

UNITED STATES BANKRUPTCY COURT    EASTERN    DISTRICT OF    MASSACHUSETTS

In re:    MARTIN F. O'ROURKE and    Debtor(s)    Case No.  08-
BEVERLY D. O'ROURKE

AUG 25 '08 PM 3:09 USBC

STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. §112; Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

☐ None    **1. Income from Employment or Operation of Business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give AMOUNT and SOURCE (If more than one).

Martin F. O'Rourke
Estimated $30,000.00 '08 year to date
Beverly D. O'Rourke
Atlantic Express $6,000.00 '08

'07  $40,000.00
'07  $12,000.00
'06  $40,000.00
'06  $12,000.00

☐ None    **2. Income Other than from Employment or Operation of Business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give AMOUNT and SOURCE.

**3. Payments to Creditors**
**Complete a. or b., as appropriate, and c.**

☒ None    a. *Individual or joint debtor(s) with primarily consumer debts*: List all payments on loans, installment purchases of goods or services, and other debts, to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF CREDITOR, DATES OF PAYMENTS, AMOUNT PAID and AMOUNT STILL OWING.

©2005 Blumberg Excelsior, INC. NYC 10013

☒ None   *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR, DATE OF PAYMENT, AMOUNT PAID and AMOUNT STILL OWING.

☒ None   *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR, DATE OF PAYMENT, AMOUNT PAID and AMOUNT STILL OWING.

**4. Suits and Administrative Proceedings, Executions, Garnishments and Attachments**

☐ None   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give CAPTION OF SUIT AND CASE NUMBER, NATURE OF PROCEEDING, COURT OR AGENCY AND LOCATION and STATUS OR DISPOSITION.

☐ None   b. Describe all property that has been attached, garnished, or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED, DATE OF SEIZURE and DESCRIPTION AND VALUE OF PROPERTY.

☐ None   **5. Repossessions, Foreclosures, and Returns**
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF CREDITOR OR SELLER, DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN and DESCRIPTION AND VALUE OF PROPERTY.

**6. Assignments and Receiverships**

☒ None   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is filed.)
Give NAME AND ADDRESS OF ASSIGNEE, DATE OF ASSIGNMENT and TERMS OF ASSIGNMENT OR SETTLEMENT.

☐ None   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF CUSTODIAN, NAME AND LOCATION OF COURT, CASE TITLE & NUMBER, DATE OF ORDER and DESCRIPTION AND VALUE OF PROPERTY.

☒ None   **7. Gifts**
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less the $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 **or** chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME **AND** ADDRESS OF PERSON OR ORGANIZATION, RELATIONSHIP TO DEBTOR, IF ANY, DATE OF GIFT, and DESCRIPTION AND VALUE OF GIFT.

(1) Leone Funding Vs. O'Rourke Fuel
    Middlesex Superior Court 06-3315

(2) Arlex Oil Corp. Vs. O'Rourke Fuel, Inc.
    Middlesex Superior Court 08-2926

1st & 2nd Mortgages are both in foreclosure mode, Leone Funding (M$^2$) scheduled for 8/26 @1:00 P.M.

©2005 **Blumberg**Excelsior, INC, NYC 10013

**X** None   **8. Losses**

List all losses from fire, theft, other casualty or gambling within **one** year immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

GIVE DESCRIPTION AND VALUE OF PROPERTY, DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS and DATE OF LOSS.

☐ None   **9. Payments Related to Debt Counseling or Bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one** year immediately preceding the commencement of this case.

Give NAME AND ADDRESS OF PAYEE, DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR and AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY.

David T. Fulmer, Esq.
576 Main Street
Winchester, MA 01890          $975.00

**10. Other Transfers**

**X** None   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR, DATE, and DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED.

**X** None   b. List all property by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

Give NAME OF TRUST OR OTHER DEVICE, DATE(S) OF TRANSFER(S) and AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY.

☐ None   **11. Closed Financial Accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF INSTITUTION, TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE and AMOUNT AND DATE OF SALE OR CLOSING.

Northmark Bank
Closed - April '08 - 0 Balance

**X** None   **12. Safe Deposit Boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY, NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY, DESCRIPTION OF CONTENTS and DATE OF TRANSFER OR SURRENDER, IF ANY.

**X** None   **13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CREDITOR, DATE OF SETOFF and AMOUNT OF SETOFF.

**X** None   **14. Property Held for Another Person**

List all property owned by another person that the debtor holds or controls.

Give NAME AND ADDRESS OF OWNER, DESCRIPTION AND VALUE OF PROPERTY and LOCATION OF PROPERTY.

©2005 **Blumberg**Excelsior, INC, NYC 10013

[X] None   **15. Prior Address of Debtor**
If the debtor has moved within **three years** immediately preceding
the commencement of this case. list all premises which the debtor
occupied during that period and vacated prior to the commencement of
this case. If a joint petition is filed. report also any separate address of
either spouse.
Give ADDRESS. NAME USED and DATES OF OCCUPANCY.

[ ] None   **16. Spouses and Former Spouses**
If the debtor resides or resided in a community property state,
commonwealth. or territory (including Alaska, Arizona, California,
Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas,
Washington, or Wisconsin) within **eight years** immediately preceding
the commencement of the case. identify the name of the debtor's
spouse and of any former spouse who resides or resided with the
debtor in the community property state. Give NAME.

N/A

[X] None   **17. Environmental Information**
For the purpose of this question, the following definitions apply:
"Environmental Law" means any federal, state, or local statute or
regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface
water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances,
wastes, or material. "Site" means any location, facility, or property as
defined under any Environmental Law, whether or not presently or
formerly owned or operated by the debtor, including, but not limited
to, disposal sites. "Hazardous Material" means anything defined as a
hazardous waste, hazardous substance, toxic substance, hazardous
material, pollutant, or contaminant or similar term under an
Environmental Law.

N/A

[X] None   **a.** List the name and address of every site for which the
debtor has received notice in writing by a governmental unit that it
may be liable or potentially liable under or in violation of an
Environmental Law. Indicate the governmental unit, the date of the
notice,  and, if known, the Environmental Law:
Give SITE NAME AND ADDRESS, NAME AND ADDRESS OF GOVERNMENTAL
UNIT, DATE OF NOTICE and ENVIRONMENTAL LAW.

[X] None   **b.** List the name and address of every site for which the
debtor has provided notice to a governmental unit of a release of
Hazardous Material. Indicate the governmental unit to which the
notice was sent and the date of the notice.
Give SITE NAME AND ADDRESS, NAME AND ADDRESS OF GOVERNMENTAL
UNIT, DATE OF NOTICE and ENVIRONMENTAL LAW.

[X] None   **c.** List all judicial or administrative proceedings,
including settlements or orders, under any Environmental Law with
respect to which the debtor is or was a party. Indicate the name
and address of the governmental unit that is or was a party to the
proceeding, and the docket number.
Give NAME AND ADDRESS OF GOVERNMENTAL UNIT, DOCKET NUMBER and
STATUS OR DISPOSITION.

**18. Nature, Location and Name of Business**
[ ] None   **a.** *If the debtor is an individual*, list the names,
addresses, taxpayer identification numbers, nature of the businesses
and beginning and ending dates of all businesses in which the
debtor was an officer, director, partner, or managing executive of a
corporation, partnership, sole proprietorship or was a self-employed
professional within the **six years** immediately preceding the
commencement of this case, or in which the debtor owned 5 percent
or more of the voting or equity securities within the **six years**
immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names and addresses of all
businesses in which the debtor was a partner or owned 5 percent or
more of the voting securities, within the **six years** immediately
preceding the commencement of this case.

*If the debtor is a corporation*, list the names and addresses of all
businesses in which the debtor was a partner or owned 5 percent or
more of the voting securities within the **six years** immediately
preceding the commencement of this case.

Give NAME. LAST FOUR DIGITS OF SOC. SEC. NO./COMPLETE EIN OR OTHER
TAXPAYER I.D. NO., ADDRESS, NATURE OF BUSINESS and BEGINNING AND
ENDING DATES.

O'Rourke Fuel, Inc.
30 Winn Street
Burlington, MA 01803
100% Owner - Martin J. O'Rourke

[ ] None   **b.** Identify any business listed in response to
subdivision a., above, that is "single asset real estate" as defined in
11 U.S.C. §101.
Give NAME and ADDRESS.

©2005 Blumberg Excelsior, INC, NYC 10013

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full-time or part-time. *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the **six years** immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, Records, and Financial Statements

☐ None    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.
Give NAME and ADDRESS and DATES SERVICE RENDERED.

Carlton Healy '05
Middlesex Turnpike
Bedford, MA 01730    '05 Tax Returns

☒ None    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.
Give NAME, ADDRESS and DATES SERVICES RENDERED.

☒ None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.
Give NAME AND ADDRESS and DATE ISSUED.

☒ None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.
Give NAME AND ADDRESS and DATE ISSUED.

### 20. Inventories

☒ None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.
Give DATE OF INVENTORY, INVENTORY SUPERVISOR and DOLLAR AMOUNT OF INVENTORY (specify cost, market or other basis).

☐ None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
Give DATE OF INVENTORY and NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS.

### 21. Current Partners, Officers, Directors and Shareholders

☐ None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
Give NAME AND ADDRESS, NATURE OR INTEREST and PERCENTAGE OF THE INTEREST.

☐ None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.
Give NAME AND ADDRESS, TITLE and NATURE AND PERCENTAGE OF STOCK OWNERSHIP.

Martin F. O'Rourke    100% Owner
President, Clerk, Treasurer

### 22. Former Partners, Officers, Directors and Shareholders

☒ None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.
Give NAME, ADDRESS and DATE OF WITHDRAWAL.

☐ None    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of the case.
Give NAME AND ADDRESS, TITLE and DATE OF TERMINATION.

None - Same

### 23. Withdrawals from a Partnership or Distributions by a Corporation

☒ None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemption, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.
Give NAME, & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR, DATE AND PURPOSE OF WITHDRAWAL, and AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY.

©2005 **Blumberg**Excelsior, INC, NYC 10013

**24. Tax Consolidation Group**

☐ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.
GIVE NAME OF PARENT CORPORATION and TAXPAYER IDENTIFICATION NUMBER.

None

**25. Pension Funds**

☒ If the debtor is not an individual, list the name and federal taxpayer identification number of any fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.
GIVE NAME OF PENSION FUND and TAXPAYER IDENTIFICATION NUMBER.

None

AUG 25 '08 PM 3:09 USB

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 8-25-08   Signature of Debtor _Martin F O'Rourke_

Date 8-25-08   Signature of Joint Debtor (if any) _Beverly D O'Rourke_
(If joint case, both spouses must sign)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____   Signature _____   Print Name and Title _____

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached.

**Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.**

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. §110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Print or Type Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. §110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address:

X _____   _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

3076-6 STATEMENT OF FINANCIAL AFFAIRS, P.6, 10-05    ©2005 BlumbergExcelsior, INC, NYC 10013

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN BANKRUPTCY DIVISION

### IN RE:  MARTIN O'ROURKE  – CHAPTER 11

### <u>MATRIX OF CREDITORS</u>

1)  **American Messaging**
    P.O. Box 5749
    Carol Stream, Illinois

2)  **Arlex Fuel / Oil Corp.**
    275 Massachusetts Avenue
    Lexington, MA 02420

3)  **Apple Wiper & Supply Co., Inc.**
    P.O. Box 836
    28 Haverhill Road
    Windham, NH 03087

4)  **Capital One**
    P.O. Box 70884
    Charlotte, NC 28272-0884

5)  **D. Crescio Trucking Co., Inc.**
    P.O. Box 512
    Billerica, MA 01821

6)  **Jomar Distributors, Inc.**
    P.O. Box 202
    360 Pleasant Street
    Watertown, MA 02472-0202

7)  **Leonard J. Leone d/b/a**
    **Leone Funding Company**
    c/o John J. Todisco, Jr., Atty.
    103 Salem Street
    Malden, MA 02148

8)  **Mass Control Center, Inc.**
    77 Dudley Street
    P.O. Box 147
    Arlington, MA 02476

9)  **Metro Medical Answering Service, Inc.**
    167 Bedford Street
    Burlington, MA 01803

-2-

10)     NAPA Auto Parts
        P.O. Box 414988
        Boston, MA 02241-4988

11)     Nationstar Mortgage          c/o Harmon Law Offices, P.C.
        P.O. Box 199400              Zamzam Syed, Esq.
        Dallas, TX 75219             150 California Street
                                     Newton, MA 02458

12)     N-STAR
        P.O. Box 4508
        Woburn, MA 01801

13)     Shell Fleet
        P.O. Box 183019
        Columbus, OH 43218-3019

14)     Taylor & Lloyd, Inc.
        8 Railroad Avenue
        Bedford, MA 01730-2113

15)     Winn Street Service
        25 Wall Street
        Burlington, MA 01803

16)     Truck and Auto Repair, Inc.
        55 Pond Street
        Waltham, MA 02451

17)     Verizon
        P.O. Box 1
        Worcester, MA 01654-0001

18)     World Auto Supply, Inc.
        200 Great Road
        Bedford, MA 01730